IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  4:17 CR 00042 CEJ (NAB) |
| | ) |
| LARRY HULTS, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with receipt of child pornography, in violation of Title 18, United States Code, Sections 2252(a).

2. There is a serious risk that the defendant will flee and presents a safety risk to other persons and the community.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community

and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

    Respectfully submitted,

    RICHARD G. CALLAHAN
    UNITED STATES ATTORNEY


    *s/Matthew T. Drake*
    MATTHEW T. DRAKE, 46499MO
    ASSISTANT UNITED STATES ATTORNEY
    Thomas F. Eagleton Courthouse
    111 South Tenth Street, 20th Floor
    St. Louis, Missouri 63102
    (314) 539-2200